# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03784-STV

KRISTEN GUADIANA,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,

    Defendant.

---

## STIPULATION OF DISMISSAL OF CASE WITH PREJUDICE

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Kristen Guadiana and Defendant City and County of Denver hereby stipulate to the dismissal of this action in its entirety with each party to bear her or its own costs and attorney fees.

Respectfully submitted December 6, 2022.

| | |
|---|---|
| *s /Ariel B. DeFazio* | *s/Sherri L. Catalano* |
| Ariel B. DeFazio | Robert A. Wolf |
| J. Bennett Lebsack | Sherri L. Catalano |
| Lowrey Parady Lebsack, LLC | Office of the City Attorney |
| 1490 Lafayette St., Ste. 304 | 1200 Federal Blvd. |
| Denver, CO 80218 | Denver, CO 80204 |
| (303) 593-2595 | (720) 944-2626 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was electronically filed using the CM/ECF system on December 6, 2022, which will send notification of such filing to all counsel of record as follows:

Sherri L. Catalano
Robert A. Wolf
Sherri.Catalano@denvergov.org
Robert.Wolf@denvergov.org

*Attorneys for Defendant City and County of Denver*

                                                      *s/ Ariel B. DeFazio*
                                                       Ariel B. DeFazio